(110 So. 644)

No. 28156.

### STATE of Louisiana v. Harrison RAY.

(Nov. 2, 1926.)

Appeal from Third Judicial District Court, Parish of Union; S. D. Pearce, Judge.

S. L. Digby, of Farmerville, for appellant. Percy Saint, Atty. Gen., Percy T. Ogden, Asst. Atty. Gen., and Wm. J. Hammon, Dist. Atty., of Jonesboro (Herbert Dawkins, of Farmerville, and E. R. Schowalter, of New Orleans, of counsel), for the State.

BRUNOT, J. This case only presents the issues that are disposed of in No. 28160, State v. Dison, 110 So. 642,[1] this day decided, and for the reasons therein announced, the verdict and sentence are affirmed.

======

(110 So. 644)

No. 28157.

### STATE of Louisiana v. Belton GRAFTON.

(Nov. 2, 1926.)

Appeal from Third Judicial District Court, Parish of Union; S. D. Pearce, Judge.

S. L. Digby, of Farmerville, for appellant. Percy Saint, Atty. Gen., Percy T. Ogden, Asst. Atty. Gen., and Wm. J. Hammon, Dist. Atty., of Jonesboro · (Herbert Dawkins, of Farmerville, and E. R. Schowalter, of New Orleans, of counsel), for the State.

BRUNOT, J. This case presents the same issues that are disposed of in No. 28160, State v. Dison, 110 So. 642,[1] this day decided, and, for reasons therein announced, the verdict and sentence are affirmed.